No. 170. YAZOO & MISSISSIPPI VALLEY RAILROAD CO. v. BOARD OF MISSISSIPPI LEVEE COMMISSIONERS. October 14, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Nashville, C. & St. L. Ry.* v. *Browning,* 310 U. S. 362, 368–369; *New York Rapid Transit Co.* v. *New York City,* 303 U. S. 573, 578–581; *Atlantic Coast Line* v. *Daughton,* 262 U. S. 413, 423–424. *Messrs. Richard C. Beckett, V. W. Foster,* and *E. C. Craig* for appellant. *Mr. Pat H. Eager, Jr.* for appellee.

No. 222. KIRKPATRICK v. STELLING. October 14, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Honeyman* v. *Jacobs,* 306 U. S. 539; *Richmond Mortgage Corporation* v. *Wachovia Bank Co.,* 300 U. S. 124. *Mr. John H. Riordan* for appellant. *Mr. Arthur G. Shoup* for appellee.

No. 143. CROW ET AL., CONSTITUTING THE ARKANSAS STATE BOARD OF CHIROPRACTIC EXAMINERS, ET AL. v.